**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KASIEM BROWN, et al., | CIVIL ACTION NO. |
| Plaintiffs, | 07-824(NLH)(AMD) Lead case |
| v. | 07-974 Consolidated cases |
| | 07-975 |
| COUNTY OF ATLANTIC, et al., | 07-978 |
| | 07-979 |
| Defendants. | 07-989 |
| | 07-996 |
| | 07-1115 |
| | 07-1116  **ORDER** |
| | 07-1126 |
| | 07-1129 |
| | 07-1159 |
| | 07-1466 |
| | 07-1639 |
| | 07-1753 |
| | 07-1754 |
| | 07-1836 |
| | 07-1865 |
| | 07-1948 |
| | 07-2099 |
| | 07-2384 |
| | 07-2385 |
| | 07-2421 |
| | 07-2560 |
| | 07-2597 |
| | 07-2646 |
| | 07-2954 |
| | 07-3704 |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 11th day of June, 2010

ORDERED that defendants' motions for summary judgment

| Case number | Motion number |
|---|---|
| 07-824 | [127] |
| 07-974 | [50] |

```
07-975                              [56]

07-978                              [56]

07-979                              [57]

07-989                              [45]

07-996                              [49]

07-1115                             [53]

07-1116                             [48]

07-1126                             [45]

07-1129                             [61]

07-1159                             [50]

07-1466                             [51]

07-1639                             [20]

07-1753                             [42]

07-1754                             [44]

07-1836                             [52]

07-1865                             [50]

07-1948                             [40]

07-2099                             [60]

07-2384                             [41]

07-2385                             [49]

07-2421                             [42]

07-2560                             [57]

07-2597                             [46]

07-2646                             [47]

07-2954                             [46]

07-3704                             [46]
```

are **GRANTED;** and it is further

2

**ORDERED** that the motion to be relieved as counsel in 07-1129 [65] is **GRANTED;** and it is further

**ORDERED** that the Clerk of the Court is directed to mark all these matters as **CLOSED.**

_____s/ Noel L. Hillman_____

At Camden, New Jersey             NOEL L. HILLMAN, U.S.D.J.